**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| BRAD A. MART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| vs. | § | 3:10-CV-118-JTM-CAN |
| | § | |
| BERKSHIRE HATHAWAY, INC., | § | (JURY DEMANDED) |
| FOREST RIVER, INC. and | § | |
| PETER J. LIEGL, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO TAKE DEPOSITIONS TO RESPOND TO RULE 12(b) DISPOSITIVE MOTIONS

Plaintiff files this emergency motion without waiving any right to later seek to disqualify Munger, Tolles & Olson LLP from representing Berkshire Hathaway in this matter. Counsel for plaintiff recently learned Munger, Tolles & Olson is a fact witness on certain issues pending before the court. Because of the emergency nature of this motion, plaintiff is not in a position to fully confer with counsel for Berkshire on the issue of disqualification and, therefore, will reserve the right to seek disqualification if required at the appropriate time.

Pursuant to N.D. Ind. L.R. 37.1 and Fed.R.Civ.P. 26(d), Plaintiff Brad A. Mart seeks an emergency motion for leave of court to take depositions duces tecum of fact witnesses in this case and to submit a request for production of documents to Forest River, Inc. The discovery is needed because factual issues exist that form the basis for Defendants' three pending Rule 12(b) motions. In support of this emergency motion, Brad Mart states that:

1

1. Defendants filed three overlapping Rule 12(b) motions to dismiss and Plaintiff's response is scheduled to be due this coming Friday, June 18, 2010.

2. Over the past two weeks, opposing counsel has failed to negotiate in good faith on Plaintiff's discovery requests, thus delaying the filing of this motion.

3. Targeted discovery is necessary for Plaintiff to fulfill its burden to demonstrate jurisdiction when the supporting evidence is in the hands of Forest River, Inc. and Berkshire Hathaway, Inc.

4. A complete argument can be found in the corresponding Brief In Support Of Plaintiff's Motion For Leave To Take Depositions.

5. The required certification according to L.R. 37.1(b) is filed contemporaneously with this motion, stating that the movant has in good faith conferred with the Defendants in an effort to resolve this matter without court action.

Dated: June 16, 2010

Stephen A. Kennedy, *pro hac vice*
Steven E. Clark, *pro hac vice*
Reneé C. Summers, *pro hac vice*
**KENNEDY CLARK & WILLIAMS, P.C.**
1700 Pacific Avenue, Suite 1280
Dallas, TX  75201
214.979.1122
214.979.1123 fax

Angelica C. Schultis
Indiana Bar No. 28774-71
**ANGELICA C. SCHULTIS, ATTORNEY**
313 Runaway Bay Circle, Suite 2A
Mishawaka, IN  46545
574.298.4466

By:   */s/ Stephen A. Kennedy*
         Stephen A. Kennedy

**ATTORNEYS FOR PLAINTIFF BRAD A. MART**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using the court's CM/ECF system. All participants in the case are registered CM/ECF users and service will be accomplished by the court's CM/ECF system.

             */s/ Stephen A. Kennedy*
             Stephen A. Kennedy