UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRAD A. MART, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-CV-118 |
| ) | |
| v. ) | Judge Moody |
| ) | |
| BERKSHIRE HATHAWAY, INC., FOREST ) | Magistrate Judge Nuechterlein |
| RIVER, INC. and PETER J. LIEGL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS FOREST RIVER, INC. AND PETER J. LIEGL'S OPPOSITION TO PLAINTIFF'S MOTION FOR CERTIFICATION OF APPEALABILITY UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)**

Defendants Forest River, Inc. and Peter J. Liegl (collectively, the "Forest River Defendants") respectfully join in Defendant Berkshire Hathaway's Brief in Opposition to Plaintiff Brad A. Mart's Motion for Certification of Appealability Under Federal Rule of Civil Procedure 54(b). The Forest River Defendants incorporate as if restated fully herein all arguments in opposition stated by Defendant Berkshire Hathaway in its Brief in Opposition filed as ECF Docket Number 112 .

**WHEREFORE**, the Forest River Defendants respectfully request that this Court deny Mart's Motion for Certification of Appealability under Fed. R. of Civ. Pro. 54(b).

April 4, 2012                                     Respectfully submitted,

                                                  FOREST RIVER, INC. and PETER J. LIEGL

                                                  By: /s/ Steven J. Pearlman
                                                          One Of Their Attorneys

Jeanine M. Gozdecki (16909-71)   Ronald L. Lipinski
Gerald F. Lutkus (13712-71)      Steven J. Pearlman
Barnes & Thornburg               (Admitted *Pro Hac Vice*)

14343421v.1

| | |
|---|---|
| 600 1st Source Bank Center | Seyfarth Shaw LLP |
| 100 North Michigan Street | 131 South Dearborn Street, Suite 2400 |
| South Bend, Indiana 46601 | Chicago, Illinois  60603 |
| Telephone: (574) 233-1171 | Telephone: (312) 460-5000 |
| Facsimile: (574) 237-1125 | Facsimile: (312) 460-7000 |

*Attorneys for Defendants Forest River, Inc. and Peter J. Liegl*

2

14343421v.1

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on April 4, 2012, he caused a copy of DEFENDANTS FOREST RIVER, INC. AND PETER J. LIEGL'S OPPOSITION TO PLAINTIFF'S MOTION FOR CERTIFICATION OF APPEALABILITY UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) to be served upon:

| | |
|---|---|
| Angelica Catherine Schultis<br>313 Runaway Bay Circle Apt 2A<br>Mishawaka, IN 46545<br>aschultis@schultislaw.com | Kristy M. Rans<br>Gardner & Rans PC<br>Wells Fargo Bank Building<br>112 W Jefferson Suite 603<br>South Bend, IN 46601<br>krans@gardnerandrans.com |
| Stephen A. Kennedy<br>Steven E. Clark<br>Renee C. Summers<br>Kennedy Clark & Williams PC<br>1700 Pacific Avenue Suite 1280<br>Dallas, TX 75201<br>rsummers@kcwfirm.com | Cary B. Lerman<br>Gregory J. Weingart<br>Lika Miyake<br>Munger Tolles & Olson - LA/CA<br>355 S. Grand Avenue 35th Floor<br>Los Angeles, CA 90071-1560<br>cary.lerman@mto.com |

by filing the same with Clerk of the Court using the CM/ECF system, which will send notification.

           /s/ Steven J. Pearlman
           Steven J. Pearlman

14343421v.1