IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRAD A. MART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| vs. | § | 3:10-CV-118-JTM-CAN |
| | § | |
| BERKSHIRE HATHAWAY, INC., | § | (JURY DEMANDED) |
| FOREST RIVER, INC. and | § | |
| PETER J. LIEGL, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Brad A. Mart and Defendants Berkshire Hathaway, Inc., Forest River, Inc. and Peter J. Liegl hereby stipulate to the dismissal of this case with prejudice and ask the Court for an order dismissing this case with prejudice with each party to bear its own costs and attorneys' fees.

By: */s/ Stephen A. Kennedy*

Stephen A. Kennedy, *pro hac vice*
Steven E. Clark, *pro hac vice*
Kristen E. Knauf, *pro hac vice*

**MCDOLE KENNEDY & WILLIAMS, P.C.**
1700 Pacific Avenue, Suite 1280
Dallas, Texas 75201
Telephone: (214) 979-1122
Facsimile: (214) 979-1123

Stanley F. Wruble III
**WRUBLE & ASSOCIATES**
315 North Main Street
South Bend, Indiana 46601
Telephone: (574) 282-2200

**ATTORNEYS FOR PLAINTIFF BRAD A. MART**

1

By: */s/ Jeanine M. Gozdecki*
    Jeanine M. Gozdecki
    Gerald F. Lutkus

**BARNES & THORNBURG**
600 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125

Ronald L. Lipinski, *pro hac vice*
Steven J. Pearlman, *pro hac vice*
**SEYFARTH SHAW LLP**
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**ATTORNEYS FOR DEFENDANTS FOREST RIVER, INC. AND PETER J. LIEGL**


By: */s/ Cary B. Lerman*
    Cary B. Lerman, *pro hac vice*
    Gregory J. Weingart, *pro hac vice*
    Lika C. Miyake, *pro hac vice*

**MUNGER TOLLES & OLSON**
355 S. Grand Avenue 35th Floor
Los Angeles, CA 90071-1560

Kristy N. Rans
**GARDNER & RANS P.C.**
202 S. Michigan St., Suite 801
South Bend, Indiana

**ATTORNEYS FOR DEFENDANT BERKSHIRE HATHAWAY, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using the court's CM/ECF system. All participants in the case are registered CM/ECF users and service will be accomplished by the court's CM/ECF system.

*/s/ Stephen A. Kennedy*
Stephen A. Kennedy
