UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRAD A. MART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:10 CV 118 |
| | ) |
| FOREST RIVER, INC., | ) |
| PETER J. LIEGL, and | ) |
| BERKSHIRE HATHAWAY, INC., | ) |
| | ) |
|     Defendants. | ) |

### O R D E R

On May 4, 2012, the attorneys for all parties jointly filed a document entitled "Stipulation For Dismissal With Prejudice." (DE # 115.) That document, which contains the electronic signatures of counsel for each of the parties who have appeared in this case, requests that the court issue an order dismissing this case with prejudice. (*Id.*)

Once the parties have properly filed a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii), a case stands dismissed *without* a court order. FED. R. CIV. P. 41(a)(1); *see Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002) (citing RULE 41(a)(1)(ii) and noting that pursuant to a stipulation of dismissal, a suit "will be dismissed without further ado or court action"). Because all of the parties who have appeared have signed this document, the court does not need to issue an order, as the case stands dismissed without a court order. *Luther*, 277 F.3d at 928.

Accordingly, the court **DECLINES** to enter any order of dismissal regarding the "Stipulation For Dismissal With Prejudice." (DE # 115.) To the extent that the stipulation (*id.*) appears as a pending motion in the CM/ECF system, the Clerk is directed to terminate that status.

**SO ORDERED.**

Date: May 8, 2012

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT